**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SCHNEUR GERSHOWITZ et al.,

            Plaintiffs,

            -against-

DANIEL GRIV A/K/A DANIEL AMRAM,

            Defendant.

------------------------------------------------------------x

24-CV-1915 (PAE) (OTW)

**ORDER**

     **ONA T. WANG**, **United States Magistrate Judge**:

     The Court has reviewed ECF 35.

     Defendant's deadline to submit his reply on his motion to dismiss is extended *nunc pro tunc* to February 13, 2025. His filing at ECF 35 is accepted as timely.

     Counsel for Plaintiffs is directed to serve a copy of this Order on *pro se* Defendant at 599 State St., Perth Amboy, NJ 08861 and at danielgrivamaram@gmail.com and file proof of such service on the docket.

     The Clerk of Court is respectfully directed to close ECF 35.

     **SO ORDERED.**

Dated: February 20, 2025
       New York, New York

                            *s/ Ona T. Wang*
                            **Ona T. Wang**
                            United States Magistrate Judge