**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
SCHNEUR GERSHOWITZ et al.,

            Plaintiffs,                              24-CV-1915 (PAE) (OTW)

      -against-                          **ORDER**

DANIEL GRIV A/K/A DANIEL AMRAM,

            Defendant.
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that Plaintiffs have not filed disclosure statements as required by Fed. R. Civ. P. 7.1(a)(2) and Local Civil Rule 7.1.1. Accordingly, Plaintiffs are directed to file such statements (available at https://www.nysd.uscourts.gov/forms/rule-71-statement), by **noon, Friday, June 13, 2025**.

      **SO ORDERED.**

*s/ Ona T. Wang*
Dated: June 10, 2025                                      **Ona T. Wang**
New York, New York                        United States Magistrate Judge