**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SCHNEUR GERSHOWITZ, CHANA LIBA
NACHIMOVSKY, and RACQUEL EVEN-SAPIR,

                Plaintiffs,

    -against-                                  24 **CIVIL** 1915 (PAE)(OTW)

                                                  **<u>JUDGMENT</u>**

DANIEL GRIV, a/lda DANIEL AMRAM, a/lda
DANIEL ZHAIOM SHALOM,

                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 31, 2025, the Court has adopted the Report in full and the motion to dismiss is granted without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       August 1, 2025

                                                        **TAMMI M. HELLWIG**

                                                           **Clerk of Court**

                          **BY:**              *K. Mango*

                                                           **Deputy Clerk**